NUMBER 13-05-067-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________
 
IN RE GRIFFITH LAND SERVICES, INC.
_______________________________________________________

On Petition for Writ of Mandamus
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Griffith Land Services, Inc., filed a petition for writ of mandamus on
February 2, 2005, and a motion for emergency temporary relief on February 11, 2005. 
On February 11, 2004, this Court granted the motion for emergency relief and ordered
any and all trial proceedings stayed pending further order of this Court. Pursuant to
this Court’s request, the real parties in interest, William Saguto, Jr., Lawrence Saguto,
Donald L. Ruehman, and Robert J. Ruehman, Jr., filed a response to the petition on
February 22, 2005, after seeking and receiving an extension of time. Both relator and
real parties have subsequently filed additional briefing. 
         The Court, having examined and fully considered the petition for writ of
mandamus and all associated briefing, is of the opinion that relator has not shown
itself entitled to the relief sought and the petition for writ of mandamus should be
denied. See Tex. R. App. P. 52.8. Accordingly, the stay is hereby ordered LIFTED. 
The petition for writ of mandamus is DENIED.

                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 14th day of March, 2005.